**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Tiffany B. Schooley | **Debtor(s)** | BK NO. 21-70051 JAD |
| | | Chapter 7 |
| Boat Finance, LLC | **Movant** | Related to Doc. No. 16 and 21 |
| vs. | | |
| Tiffany B. Schooley | | |
| Lisa M. Swope, Trustee | | |
| | **Respondents** | |

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR RELIEF FROM STAY**

Due to the Debtor's amended statement of intention, the Motion for Relief from Stay is hereby WITHDRAWN. Movant and Respondent consent to the Notice of Withdraw. Therefore the hearing scheduled for May 18, 2021 at 10:00 a.m. may be cancelled.

Dated: 5/11/2021

/s/ Maria D. Miksich, Esq.
Maria D. Miksich, Esq. (Atty ID: 319383)
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA
215-627-1322
mmiksich@kmllawgroup.com

FILED
5/11/21 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

SO ORDERED.

5/11/2021

sjk

Jeffery A. Deller, U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 21-70051-JAD
Tiffany B. Schooley                                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil                    Page 1 of 1
Date Rcvd: May 12, 2021       Form ID: pdf900               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

**Recip ID         Recipient Name and Address**
db              +  Tiffany B. Schooley, 111 Glory Farm Lane, Everett, PA 15537-4101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021              Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:**

**Name**                          **Email Address**
Aaron John Neuharth
                                  on behalf of Debtor Tiffany B. Schooley aneuharth@neuharthlaw.com  smartin@neuharthlaw.com

Lisa M. Swope, Chapter 7 Trustee
                                  on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com,
                                  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Lisa M. Swope, Chapter 7 Trustee
                                  lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Maria Miksich
                                  on behalf of Creditor Boat Finance  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5